ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK                                          JS 6
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California State Bar No. 110984
     United States Courthouse
     312 N. Spring Street, Suite 1400
     Los Angeles, California  90012
     Telephone:  (213) 894-5710
     Facsimile:  (213) 894-7177
     Email:      frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CV 10-3970 DSF (VBKx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT JUDGMENT** |
| | ) | |
| $58,000.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| GABRIEL HERNANDEZ DIAZ, | ) | |
| | ) | |
| Claimant. | ) | |
| _____ | ) | |

      This action was filed on May 26, 2010.  Notice was given
and published in accordance with law.  On June 28, 2010, claimant
Gabriel Hernandez Diaz ("Diaz") filed a claim.  No other claims
or answers have been filed, and the time for filing such claims
and answers has expired.  Plaintiff and claimant have reached an

                                                       FDK:np

agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. $18,000.00 of the defendant currency, without any interest earned, shall be paid to claimant not later than forty-five (45) days from the date of the entry of this judgment by electronic transfer directly into the account entitled "Paul L. Gabbert, Client Trust Account."

4. The United States of America shall have judgment as to the remainder of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

//
//
//
//

FDK:np

1      5.   Claimant hereby releases the United States of America,
2           its agencies, agents, and officers, including employees
3           and agents of the Drug Enforcement Administration, from
4           any and all claims, actions or liabilities arising out
5           of or related to this action, including, without
6           limitation, any claim for attorney's fees, costs or
7           interest which may be asserted on behalf of the
8           claimant.
9      6.   Plaintiff, United States of America, agrees that it
10          will not seek to recover civil sanctions (except to the
11          extent that the forfeiture of the defendants can be
12          considered a civil sanction), attorney's fees or costs
13          in connection with this action or the underlying
14          seizure.
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

```
 1       7.   The Court finds that there was reasonable cause for the
 2            seizure of the defendant currency and institution of
 3            these proceedings.  This judgment shall be construed as
 4            a certificate of reasonable cause pursuant to 28 U.S.C.
 5            § 2465.
 6  Dated: 7/15/10                    [signature: Dale S. Fischer]
 7                                    _____
                                      THE HONORABLE DALE S. FISCHER
 8                                    UNITED STATES DISTRICT JUDGE
 9
10  DATED: July ___, 2010             ANDRÉ BIROTTE JR.
                                      United States Attorney
11                                    CHRISTINE C. EWELL
                                      Assistant United States Attorney
12                                    Chief, Criminal Division
                                      STEVEN R. WELK
13                                    Assistant United States Attorney
                                      Chief, Asset Forfeiture Section
14
15                                    _____
                                      FRANK D. KORTUM
16                                    Assistant United States Attorney

17                                    Attorneys for Plaintiff
                                      United States of America
18
19  DATED: July ___, 2010
20
21                                    _____
                                      PAUL L. GABBERT, ESQ.
22
                                      Attorney for Claimant
23                                    Gabriel Hernandez Diaz
24
25
26
27
28

                                      4                          FDK:np
```